# Exhibit C

# Ameriquest Mortgage Company

Date: June 30, 2004

Loan Number: 29856816

Lender Name: COUNTRYWIDE HOME LOANS

Borrower Name: Cynthia A Sylvia

Lender Address:
4851 COX ROAD
RICHMOND, VA 23229

Property Address:
2 Jambray Avenue
WARWICK , RI 02886

To Whom It May Concern:

The above named borrower has an outstanding mortgage loan with you secured by the property listed above.

Enclosed please find a payoff check in the amount of $ 187,469.34 which represents payment in full of your loan.

If you have any questions regarding this payoff, please contact:

Ameriquest Mortgage Company
300 Centerville Rd., # 103 S
Warwick, RI 02886

(401)737-0336

Demand is made herein that upon receipt of this payoff you prepare either a release of Mortgage or a Reconveyance of the Deed of Trust. If you have collected funds for the recordation of said release or reconveyance, please forward them to the County Recorders Office for recording. Otherwise, forward to:

**AMERIQUEST MORTGAGE COMPANY**
**ATTN: AGNES SANCHEZ**
**P.O. BOX 11507**
**SANTA ANA, CA 95825**

Sincerely,

AMERIQUEST MORTGAGE COMPANY

000000847689280805200202

0084768928 - 5594

890 (02/02)